# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

―――――――

No. 24-1214

―――――――

RICKEY C. MENEWEATHER,

Appellant,

v.

STEPHEN RITZ and MARLENE HENZE,
Appellee.

―――――――

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division
D.C. No. 1:19-cv-6643
District Judge: Honorable Matthew F. Kennelly

―――――――

Rule 3(c) Docketing Statement

**RICKEY MENEWEATHER**, by and through undersigned counsel, shares the following information pursuant to Circuit Rule 3(c)(1), including all information required by Circuit Rule 28.

Mr. Meneweather is an individual, not a corporation; no entity or corporation owns any part of him.

The District Court had subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as Mr. Meneweather complaint alleged claims pursuant to 42 U.S.C. § 1983.

This Court has appellate jurisdiction pursuant to 28 U.S.C. § 1291, as Mr. Meneweather appeals from a final judgment of the United States District Court for the Northern District of Illinois.

The order from which Mr. Meneweather appeals was an order of the District Court granting summary judgment, dated January 5, 2024. *See* Dist. Ct. Doc. 129 (entry of judgment); *see also* Dist. Ct. Doc. 128 (memorandum opinion and order). Mr. Meneweather timely filed the notice of appeal on Feb. 1, 2024. *See* Dist. Ct. Doc. 130.

The order in question was both final and adjudicated all of Mr. Meneweather's claims. No claims or parties remain for disposition in the District Court.

Respectfully submitted,

/s/ Jim Davy
Jim Davy
Attorney ID: PA 321631
ALL RISE TRIAL & APPELLATE
P.O. Box 15126
Philadelphia, PA 19125
215-792-3579
jimdavy@allriselaw.org

Date: Mar. 4, 2024

## CERTIFICATE OF SERVICE

    I, Jim Davy, certify that on Mar. 4, 2024, I caused a copy of this Rule 3(c) Docketing Statement to be filed with the Clerk of Court and served on all counsel of record using the *CM/ECF* system.

                                Respectfully submitted,

                                <u>/s/ Jim Davy</u>
                                Jim Davy
                                Attorney ID: PA 321631
                                ALL RISE TRIAL & APPELLATE
                                P.O. Box 15126
                                Philadelphia, PA 19125
                                215-792-3579
                                jimdavy@allriselaw.org

Dated: Mar. 4, 2024