# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

---

No. 24-1214

---

RICKEY C. MENEWEATHER,

Appellant,

v.

STEPHEN RITZ and MARLENE HENZE,
Appellee.

---

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division
D.C. No. 1:19-cv-6643
District Judge: Honorable Matthew F. Kennelly

---

Motion to Extend Time to File Opening Brief

**RICKEY MENEWEATHER**, by and through undersigned counsel, respectfully requests to extend the opening briefing deadline by 60 days, until June 7, 2024. In support of that request, counsel states the following:

1) The current deadline for the opening brief is April 8, 2024. *See* Doc. 3 (setting out initial briefing schedule).

2) Undersigned *pro bono* counsel has very recently been retained for the purposes of undertaking this appeal. Counsel had no prior involvement with the case in the District Court or other prior familiarity with the case.

3) This appeal is from a grant of summary judgment, and so has a substantial record. This includes expert reports that played a pivotal role in the grant of summary judgment. Counsel requests the extension in part because of the amount of time that it will take to familiarize himself with the record.

4) Some of that time will also be devoted to preparing for mediation as ordered by this Court. *See* Doc. 2 (scheduling mediation for Friday, Mar. 8, 2024).

5) Undersigned counsel also has several deadlines in other appellate cases between now and the current briefing deadline. Between today's date and April 8, 2024, counsel has deadlines for reply briefs in *Sanchez v. Klemm*, No. 22-3171 (3d Cir.) and *John Doe 2 v. N.C. State University*, No. 23-2073 (4th Cir.), a merits-stage amicus brief in *City of Grants Pass v. Johnson*, No. 23-175 (U.S.), and an oral argument in *Behrend v. San Francisco Zen Center*, No. 23-15399 (9th Cir.). Counsel requests the extension in part because of his pre-existing workload.

6) In addition to travel for the *Behrend* oral argument, counsel also has pre-paid travel March 12-18, 2024.

7) This is the first request for an extension.

8) Counsel makes this first request of the Court in light of his recent entry into the case, his existing workload, and his cognizance that additional time would allow him to best undertake appropriate research to present the issues to this Court. This request is not made for reasons of lack of diligence or delay. Indeed, as the plaintiff-appellant, Mr. Meneweather does not benefit from delay in any event.

9) Counsel for Appellee opposes this request for an extension. In opposing the extension, Appellees' counsel cited Mr. Meneweather's trial counsel's failure to respond to his correspondence about a motion for costs in the District Court, and his substantive view of a possible appellate issue—Mr. Meneweather's trial counsel's failure to file a local rule 56.1 statement during summary judgment briefing in the District Court.

10) Both of those cited bases predate and are unrelated to undersigned counsel's entry into or involvement in this case.

11) Appellee's counsel has not cited any basis upon which Appellee would suffer prejudice by virtue of an extension. To the contrary, Appellee would suffer no prejudice if this Court grants Appellant's request for an extension.

For all of the foregoing reasons, undersigned counsel respectfully requests the 60-day extension described above, which would reset the deadline for the Opening Brief to June 7, 2024.
.

                Respectfully submitted,

                /s/ Jim Davy
                Jim Davy

Attorney ID: PA 321631
ALL RISE TRIAL & APPELLATE
P.O. Box 15126
Philadelphia, PA 19125
215-792-3579
jimdavy@allriselaw.org

Date: Mar. 4, 2024

## CERTIFICATE OF SERVICE

  I, Jim Davy, certify that on Mar. 4, 2024, I caused a copy of this Motion to Extend time to be filed with the Clerk of Court and served on all counsel of record using the *CM/ECF* system.

                Respectfully submitted,

                <u>/s/ Jim Davy</u>
                Jim Davy
                Attorney ID: PA 321631
                ALL RISE TRIAL & APPELLATE
                P.O. Box 15126
                Philadelphia, PA 19125
                215-792-3579
                jimdavy@allriselaw.org

Dated: Mar. 4, 2024