# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

---

No. 24-1214

---

RICKEY C. MENEWEATHER,

Appellant,

v.

STEPHEN RITZ and MARLENE HENZE,
Appellee.

---

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division
D.C. No. 1:19-cv-6643
District Judge: Honorable Matthew F. Kennelly

---

Motion to Extend Time to File Opening Brief

**RICKEY MENEWEATHER**, by and through undersigned counsel, respectfully requests to extend the opening briefing deadline by 7 days, until June 14, 2024. In support of that request, counsel states the following:

1) The current deadline for the opening brief is June 7, 2024. *See* Doc. 9 (setting out briefing schedule).

2) Undersigned *pro bono* counsel was newly retained for the purposes of undertaking this appeal, and had no prior involvement with the case in the District Court or other prior familiarity with the case.

3) The initial briefing schedule called for the brief to be due April 8, 2004. In light of the lack of familiarity and other responsibilities, undersigned counsel obtained an initial extension to June 7, 2024.

4) This appeal is from a grant of summary judgment, and so has a substantial record. Appellant's counsel has been collaborating with Appellee's counsel on determining which parts of that record will be included in the final appendix,

but the Parties have not yet reached final agreement as to the appendix contents.

5) Counsel for both Parties are mindful of this Court's preference for parties to agree on the contents and file one joint appendix, and they look forward to doing that.

6) Accordingly, Appellant's counsel seeks a very short—7 day—extension for the Opening Brief and Appendix, so as to finalize the Appendix and update the records cites in the draft brief.

7) This request is not made for reasons of lack of diligence or for delay. Indeed, as the plaintiff-appellant, Mr. Meneweather does not benefit from delay in any event.

8) Counsel for Appellee consents to this request for an extension, and counsel for Appellant appreciates their consideration.

9) No Party would suffer any prejudice if this Court grants Appellant's request for an extension.

For all of the foregoing reasons, undersigned counsel respectfully requests the 7-day extension described above, which would reset the deadline for the Opening Brief to June 14, 2024.

                                              Respectfully submitted,

                                              <u>/s/ Jim Davy</u>
                                              Jim Davy
                                              Attorney ID: PA 321631
                                              ALL RISE TRIAL & APPELLATE
                                              P.O. Box 15126
                                              Philadelphia, PA 19125
                                              215-792-3579
                                              jimdavy@allriselaw.org

Date: June 7, 2024

## CERTIFICATE OF SERVICE

  I, Jim Davy, certify that on June 7, 2024, I caused a copy of this Motion to Extend time to be filed with the Clerk of Court and served on all counsel of record using the *CM/ECF* system.

            Respectfully submitted,

            <u>/s/ Jim Davy</u>
            Jim Davy
            Attorney ID: PA 321631
            ALL RISE TRIAL & APPELLATE
            P.O. Box 15126
            Philadelphia, PA 19125
            215-792-3579
            jimdavy@allriselaw.org

Dated: June 7, 2024