# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 7, 2024

*By the Court:*

| | |
|---|---|
| No. 24-1214 | RICKEY C. MENEWEATHER, JR., <br> Plaintiff - Appellant <br><br> v. <br><br> STEPHEN RITZ and MARLENE HENZE, <br> Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-06643 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly | |

Upon consideration of the **MOTION TO EXTEND TIME TO FILE OPENING BRIEF**, filed on June 7, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED**. Briefing will proceed as follows:

1. The brief and required short appendix of the appellant are due by June 14, 2024.

2. The brief of the appellee is due by July 15, 2024.

3. The reply brief of the appellant, if any, is due by August 5, 2024.

Counsel for the appellant is reminded that motions for extension of time should be filed seven days before the brief is due and should include an affidavit. See Cir. R. 26.

Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)