# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 18, 2024

*By the Court:*

| No. 24-1214 | RICKEY C. MENEWEATHER, JR., <br> Plaintiff - Appellant <br><br> v. <br><br> STEPHEN RITZ and MARLENE HENZE, <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-06643 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

The jurisdictional statement in the brief of appellant does not comply with Rule 28(a)(4) of the Federal Rules of Appellate Procedure which requires, in part, that an appellant's brief contain a jurisdictional statement that includes: "(C) the filing dates establishing the timeliness of the appeal or petition for review."

Appellant's jurisdictional statement fails to provide the date that judgment was entered and the notice of appeal was filed. Appellant must provide the omitted information. Cir. R. 28(a)(2). Accordingly,

IT IS ORDERED that appellant shall file a paper captioned "Amended Jurisdictional Statement" no later than June 25, 2024, that provides the omitted information noted above and otherwise complies with all the requirements of Fed. R. App. P. 28(a)(4) and Cir. R. 28(a).

IT IS FURTHER ORDERED that the clerk of this court shall DISTRIBUTE, along with the briefs in this appeal, copies of this order and appellant's "Amended Jurisdictional Statement" to the assigned merits panel.

form name: **c7_Order_BTC**     (form ID: **178**)