**No. 24-1214**

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

RICKEY C. MENEWEATHER,

                Plaintiff–Appellant,

v.

STEPHEN RITZ and MARLENE HENZE,

                Defendants–Appellees.

On Appeal from a Final Order of the
United States District Court for the
Northern District of Illinois, Eastern Division
Case No. 1:19-cv-6643, Hon. Matthew F. Kennelly

**AMENDED JURISDICITONAL STATEMENT**

                Jim Davy
                ALL RISE TRIAL & APPELLATE
                P.O. Box 15216
                Philadelphia, PA 19125
                (215) 792-3579
                jimdavy@allriselaw.org

                Counsel for Appellant

Date: June 21, 2024

## JURISDICTIONAL STATEMENT

The District Court had subject matter jurisdiction pursuant to 28 U.S.C. § 1331, as Mr. Meneweather alleged claims pursuant to 42 U.S.C. § 1983. This Court has appellate jurisdiction pursuant to 28 U.S.C. § 1291, as Mr. Meneweather appeals from a final judgment of the United States District Court. The order from which Mr. Meneweather appeals granted summary judgment to Appellees Henze and Ritz, *see* AR 1-12. Mr. Meneweather timely filed his notice of appeal on Feb. 1, 2024, AR 73, AR 91, from a final order entered on January 5, 2024, AR 12, AR 91. The appealed order was both final and adjudicated all of Mr. Meneweather's claims; no claims or parties remain for disposition in the District Court.

                                            Respectfully submitted,

                                            <u>/s/ Jim Davy</u>

                                            Jim Davy
                                            ALL RISE TRIAL & APPELLATE
                                            P.O. Box 15216
                                            Philadelphia, PA 19125
                                            (215) 792-3579

                                            Counsel for Appellant

June 21, 2024

## CERTIFICATE OF SERVICE

I certify that on June 21, 2024, this Amended Jurisdictional Statement was filed using the Court's CM/ECF system. All participants in the case are registered CM/ECF users and will be served electronically via that system.

<u>/s/ Jim Davy</u>

Jim Davy