# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 25, 2024

Before
FRANK H. EASTERBROOK, *Circuit Judge*

| No. 24-1214 | RICKEY C. MENEWEATHER, JR., <br> Plaintiff - Appellant <br><br> v. <br><br> STEPHEN RITZ and MARLENE HENZE, <br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-06643 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

Upon consideration of the **MOTION FOR LEAVE TO FILE VOLUME III OF THE APPENDIX UNDER SEAL**, filed on June 14, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion is **DENIED** without prejudice. *See Baxter Int'l, Inc. v. Abbott Lab'ys*, 297 F.3d 544, 548 (7th Cir. 2002); *Matter of Krynicki*, 983 F.2d 74, 75–76 (7th Cir. 1992). Appellant may file a renewed motion by July 8, 2024, that identifies the specific portions of the appendix that they seek to seal and cites relevant statutes or caselaw in support of sealing each of those sections or documents. Any renewed motion should be accompanied by a redacted appendix for public filing and an unredacted appendix to be filed under seal that corresponds to appellant's motion. If any volume of the appendix does not contain documents appellant wants to seal, they need only submit public, unredacted versions of those volumes. The parties are reminded that this court has electronic access to all documents on the district court docket and only the rulings being challenged on appeal must be included in the appendix.

form name: **c7_Order_3J**    (form ID: **177**)