# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 25, 2024

Before

JOSHUA P. KOLAR, *Circuit Judge*

| No. 24-1214 | RICKEY C. MENEWEATHER, JR.,<br>Plaintiff - Appellant<br><br>v.<br><br>STEPHEN RITZ and MARLENE HENZE,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** | |
| District Court No: 1:19-cv-06643<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly | |

Upon consideration of the **MOTION TO ACCEPT PAPER COPIES**, filed on June 21, 2024, by counsel for the appellant,

**IT IS ORDERED** that the motion is **GRANTED** to the extent that the paper copies of appellant's brief and appendix Volume II are accepted for filing. Appellant may later be directed to submit single-sided copies of these documents if a member of the court so requests.