UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

_____

No. 24-1214

_____

**RICKEY C. MENEWEATHER**

**Appellant,**

v.

**STEPHEN RITZ, M.D. and MARLENE HENZE, M.D.**

**Appellees.**

_____

On Appeal from the United States District Court
for the Norther District of Illinois, Eastern Division

D.C. No. 1:19-cv-6643

_____

**Motion for Extension of Time to File Brief of Appellees**

**STEPHEN RITZ, M.D., and MARLENE HENZE, M.D.,** by their undersigned counsel, and in agreement with the Appellant, request to extend the deadline for the briefs of the Appellees to September 15, 2024. In support of that request, counsel for Appellees states the following:

1. On February 20, 2024, this Court entered a briefing schedule ordering that the Appellant file his brief by April 8, 2024.

2. On March 12, 2024, this Court entered an order amending the briefing schedule and requiring the Appellant to file his brief by June 7, 2024, in response to Appellant's request for an extension.

3. On June 7, 2024, this Court again amended the briefing schedule, with the agreement of Counsel of the Appellees, which required the Appellant to file his brief by June 14, 2024. The Agreement of the Appellees to this second request for an extension by the Appellant was predicated on the agreement of the Appellant to allow for an extension of 60 days for the Appellees to file their brief. Counsel for Appellant agrees with this request, and counsel for Appellees thanks him for his agreement.

4. Further, Jeffrey J. Escher, one of the counsels for Appellees, has a previously scheduled trip the first part of July and previously scheduled professional commitments, including the procurement of potentially 6 expert reports for a federal matter recently assigned which relates to a brain injury and an eight-figure demand which will be mediated on September 11, 2024.

5. No party would suffer any prejudice as a result of this request.

6. This request is not meant for purposes of delay; rather, counsel for Appellees requests this extension in order to provide sufficient time to address multitude of issues raised by the Appellant.

7. An Affidavit of Counsel is attached hereto as Exhibit A.

Respectfully Submitted,

/s/ Jeffrey J. Escher
_____
One of the Attorneys for Dr. Stephen Ritz
and Dr. Marlene Henze

Robert S. Tengesdal
Jeffrey J. Escher
Corinne M. Cundiff
CONNOLLY KRAUSE LLC
500 W. Madison St., Suite 3900
Chicago, IL 60661
(312) 466-7292
rtengesdal@cktrials.com
jescher@cktrials.com
ccundiff@cktrials.com

Date:          June 26, 2024

### Certificate of Service

     I, Jeff Escher, certify that on June 26, 2024, I caused a copy of this Motion to Extend time to be filed with the Clerk of Court and served on all counsel of record using the CM/ECF system.

Respectfully Submitted,

/s/ Jeffrey J. Escher
_____
One of the Attorneys for Dr. Stephen Ritz
and Dr. Marlene Henze

Robert S. Tengesdal
Jeffrey J. Escher
Corinne M. Cundiff
CONNOLLY KRAUSE LLC
500 W. Madison St., Suite 3900
Chicago, IL 60661
(312) 466-7292
rtengesdal@cktrials.com
jescher@cktrials.com
ccundiff@cktrials.com