# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

June 27, 2024

*By the Court:*

| No. 24-1214 | RICKEY C. MENEWEATHER, JR.,<br>Plaintiff - Appellant<br><br>v.<br><br>STEPHEN RITZ and MARLENE HENZE,<br>Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-06643<br>Northern District of Illinois, Eastern Division<br>District Judge Matthew F. Kennelly ||

Upon consideration of the **MOTION TO EXTEND TIME**, filed on June 26, 2024, by counsel for the appellees,

**IT IS ORDERED** that the motion is **GRANTED** and briefing shall proceed as follows:

1. The brief of the appellees is due by September 16, 2024.

2. The reply brief of the appellant, if any, is due by October 7, 2024.


Important Scheduling Notice!

Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than the filing of the appellant's brief in a criminal case and the filing of an appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_BTC**     (form ID: **178**)