# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

———————

No. 24-1214

———————

RICKEY C. MENEWEATHER,

Appellant,

v.

STEPHEN RITZ and MARLENE HENZE,
Appellee.

———————

On Appeal from the United States District Court
for the Northern District of Illinois, Eastern Division
D.C. No. 1:19-cv-6643
District Judge: Honorable Matthew F. Kennelly

———————

Motion to Extend Time to File Reply Brief

**RICKEY MENEWEATHER**, by and through undersigned counsel, respectfully requests to extend the reply briefing deadline by 7 days, until October 14, 2024. In support of that request, counsel states the following:

1) The current deadline for the opening brief is October 7, 2024. *See* Doc. 24 (order after Response Brief deadline extension); Doc. 27 (filing of Response Brief on September 16).

2) Undersigned *pro bono* counsel had other appellate briefs due on September 23, 2024, and Oct. 7, 2024. Even then, counsel would have been able to file the Reply Brief on time if not for contracting a severe upper respiratory infection that incapacitated counsel during the week of September 30th.

3) Appellees have already filed their Response Brief and have no further briefing responsibilities, and so would not be prejudiced in any way by this extension. In addition, Appellant's counsel sought, and Appellees' counsel graciously provided, consent to this request for an extension.

4) Accordingly, Appellant's counsel seeks a very short—7 day—extension of the deadline to file the Reply Brief.

5) This request is not made for reasons of lack of diligence or for delay. Indeed, as the plaintiff-appellant, Mr. Meneweather does not benefit from delay in any event.

    For the foregoing reasons, undersigned counsel respectfully requests the 7-day extension described above, which would reset the deadline for the Reply Brief to October 14, 2024.

    Respectfully submitted,

    /s/ Jim Davy
    Jim Davy
    Attorney ID: PA 321631
    ALL RISE TRIAL & APPELLATE
    P.O. Box 15126
    Philadelphia, PA 19125
    215-792-3579
    jimdavy@allriselaw.org

Date: October 7, 2024

## CERTIFICATE OF SERVICE

    I, Jim Davy, certify that on October 7, 2024, I caused a copy of this Motion to Extend time to be filed with the Clerk of Court and served on all counsel of record using the *CM/ECF* system.

                                              Respectfully submitted,

                                              <u>/s/ Jim Davy</u>
                                              Jim Davy
                                              Attorney ID: PA 321631
                                              ALL RISE TRIAL & APPELLATE
                                              P.O. Box 15126
                                              Philadelphia, PA 19125
                                              215-792-3579
                                              jimdavy@allriselaw.org

Dated: October 7, 2024