# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 10, 2025

*Before*

AMY J. ST. EVE, *Circuit Judge*
JOHN Z. LEE, *Circuit Judge*
JOSHUA P. KOLAR, *Circuit Judge*

| | |
|---|---|
| No. 24-1214 | RICKEY C. MENEWEATHER, JR., <br> Plaintiff - Appellant <br><br> v. <br><br> STEPHEN RITZ and MARLENE HENZE, <br> Defendants - Appellees |
| **Originating Case Information:** ||
| District Court No: 1:19-cv-06643 <br> Northern District of Illinois, Eastern Division <br> District Judge Matthew F. Kennelly ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)